# Exhibit A

# FORMULARIO DE CONSETIMIENTO PARA TOMAR PARTE

Acción del Salario Impagada Contra Vital Support Home Health Care Agency, Inc.

Rellenar y enviar por correo (o email) a:
VITAL SUPPORT HOME HEALTH CARE AGENCY, INC. WAGE & HOUR LITIGATION
ATTN: CAMILLE FUNDORA
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Email: cfundora@bm.net
Tel: (215) 875-3033
Fax: (215) 875-4604

| Nombre: Jeniffer Santiago Rivera | Fechas de nacimiento: REDACTED |
|---|---|
| Dirección: REDACTED | Teléfono: REDACTED |
| | Email: REDACTED |

## CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA

1. Yo consiento y estoy de acuerdo perseguir mis reclamaciones que surgen de las presuntas alegadas violaciones de la Ley de Normas Justas de Trabajo, 29 U.S.C. § 201, y sigs. en conexión con la demanda indicada arriba.

2. He trabajado como un trabajador para Vital Support Home Health Care Agency, Inc. ("Demandado" o "VSHHA") desde el o sobre (fecha(s)) 7/2014 hasta o sobre (fecha(s)) 2/2015 y no fue pagado durante el tiempo por la formación de trabajo.

3. Yo comprendo que esta demanda es traído bajo de la Ley de Normas Justas de Trabajo, 29 U.S.C. § 201, y sigs. Yo consiento y opto hacer un Demandante en el presente y estará obligado por cualquier juicio de la Corte o cualquier acuerdo de esta acción.

4. Yo específicamente autorizo el Demandante Nombrado y sus abogados, Berger & Montague, P.C. y Community Legal Services, como mis agentes para perseguir esta demanda de mi parte y negociar un acuerdo de cualquier y todas las reclamaciones que tengo contra el Demandado en este caso.

| 8-24-15 (Fecha firmado) | (Firma) |
|---|---|

**NOTA IMPORTANTE**
Estatuto de limitaciones preocupaciones exige que devuelva este formulario tan pronto como sea posible para preservar sus derechos.

**OPT-IN CONSENT FORM**

Unpaid Wage Action Against Vital Support Home Health Care Agency, Inc.

Complete And Mail (or Email) To:
VITAL SUPPORT HOME HEALTH CARE AGENCY, INC. WAGE & HOUR LITIGATION
ATTN: CAMILLE FUNDORA
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Email: cfundora@bm.net
Tel: (215) 875-3033
Fax: (215) 875-4604

| Name: Jeniffer Santiago Rivera | Date of Birth: REDACTED |
|---|---|
| Address: REDACTED | Phone: REDACTED <br> Email: |

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked for Vital Support Home Health Care Agency, Inc. ("Defendant" or "VSHHA") from on or about (date(s)) 7/2014 to on or about (date(s)) 2/2015 and was not paid for time when I attended training(s).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiff and her attorneys, Berger & Montague, P.C. and Community Legal Services, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

| 8-24-15 (Date Signed) | (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.