IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JENIFFER SANTIAGO RIVERA,** individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **VITAL SUPPORT HOME HEALTH CARE AGENCY, INC.** <br><br> Defendant. | Civil Action No.: 2:15-cv-04857-GP <br><br> Class & Collective Action |

### NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), Plaintiff Jeniffer Santiago Rivera, on behalf of herself and all others similarly situated, hereby files an Opt-In Consent Form on behalf of the following individual:

2. Tracy Allen.

The above referenced Opt-In Consent Form is submitted as Exhibit A to this Notice of Filing Consent to Join Collective Action.

Dated: September 22, 2015         Respectfully submitted,

**BERGER & MONTAGUE, P.C.**

/s/ Camille Fundora
Shanon J. Carson (PA 85957)
Sarah R. Schalman-Bergen (PA 206211)
Alexandra K. Piazza (PA 315240)
Camille Fundora (PA 312533)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net
cfundora@bm.net

Michael Hollander (PA 208077)
Community Legal Services
1424 Chestnut St
Philadelphia, PA 19102
Telephone: (215) 981-3794
Facsimile: (215) 981-0434
MHollander@clsphila.org

*Attorneys for Plaintiffs
and the Proposed Classes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 22nd day of September, 2015.

*/s/ Camille Fundora*
Camille Fundora